IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE
SIXTH JUDICIAL DISTRICT AT KNOXVILLE

| | |
|---|---|
| CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>CTI MOLECULAR IMAGING, INC., et al.,<br><br>                        Defendants. | Case No. 163762-3<br><br>CLASS ACTION<br><br>MOTION OF DANIEL D. RHEA REQUESTING ADMISSION OF RANDALL J. BARON AND A. RICK ATWOOD, JR. *PRO HAC VICE* |

COMES NOW Daniel D. Rhea and moves the Court, pursuant to Rule 19 of the Supreme Court of The State of Tennessee and moves the Court for an Order allowing the admission of Randall J. Baron and A. Rick Atwood, Jr. *pro hac vice*, stating as follows:

1. I am a resident of the State of Tennessee, a member in good standing of the state bar of Tennessee and licensed to practice law in Tennessee.

2. I am familiar with Randall J. Baron and A. Rick Atwood who petition this Court for admission *pro hac vice*.

3. I and the law firm of Arnett, Draper & Hagood will be associated as local counsel with Randall J. Baron and A. Rick Atwood, Jr. and their law firm Lerach Coughlin Stoia Geller Rudman & Robbins LLP in this case.

4. I can state that I find Randall J. Baron and A. Rick Atwood, Jr. to be reputable attorneys and recommend their admission to practice before this Court.

5. Attached are the Affidavits of Randall J. Baron and A. Rick Atwood, Jr. in support of this motion for admission *pro hac vice*.

WHEREFORE, Daniel D. Rhea moves this Court to admit Randall J. Baron and A. Rick Atwood, Jr. *pro hac vice* before this Court in this matter.

DATED: April 12, 2005

Respectfully submitted,

ARNETT, DRAPER, & HAGOOD
LEWIS R. HAGOOD
DANIEL D. RHEA

_____
DANIEL D. RHEA  BPR #005927

2300 First Tennessee Plaza
P.O. Box 300
Knoxville, TN 37901-0300
Telephone: 865/546-7000
865/546-0423 (fax)

BRANSTETTER, KILGORE, STRANCH
 & JENNINGS
JAMES G. STRANCH, III, #2542
227 Second Avenue, North – 4th Floor
Nashville, TN 37201-1631
Telephone: 615/254-8801
615/255-5419 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
RANDALL J. BARON
A. RICK ATWOOD, JR.
SHAUN L. GROVE
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

BARRETT, JOHNSTON & PARSLEY
GEORGE E. BARRETT, #2672
217 Second Avenue, North
Nashville, TN 37201-1601
Telephone: 615/244-2202
615/252-3798 (fax)

Attorneys for Plaintiff

S:\CasesSD\CTI Molecular\mot00020077.doc

- 2 -

Exhibit 1

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE
SIXTH JUDICIAL DISTRICT AT KNOXVILLE

| | |
|---|---|
| CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>CTI MOLECULAR IMAGING, INC., RONALD NUTT, TERRY D. DOUGLASS, WOLF-EKKEHARD BLANZ, ROY DOUMANI, JAMES R. HEATH, LEROY HOOD, HAMILTON JORDAN, WILLIAM W. MCINNES and MICHAEL E. PHELPS,<br><br>Defendants. | Case No. 163762-3<br><br>CLASS ACTION<br><br>AFFIDAVIT OF RANDALL J. BARON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

STATE OF CALIFORNIA )
                           ) ss:
COUNTY OF SAN DIEGO )

RANDALL J. BARON, being duly sworn, deposes and says:

1. My name is Randall J. Baron. My home address is 4905 Bradshaw Court, San Diego, CA 92130. I am a partner with Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 401 B Street, Suite 1600, San Diego, CA 92101, telephone number (619) 231-1058.

2. It is my desire to appear as counsel pro hac vice before the Chancery Court of Knox County, Tennessee at Knoxville in the case styled *City of Monroe Employees' Retirement System, On Behalf of Itself and All Others Similarly Situated v. CTI Molecular Imaging, Inc., et al.* I will be representing City of Monroe Employees' Retirement System, and the putative class.

3. I have been admitted to practice law in the State of California since 1990, bar number 150796. I am currently licensed and in good standing to practice law in the State of California. I have never been disbarred or suspended nor the subject of disciplinary action in any bar or court. I am admitted to practice before all of the Courts in the State of California, including the Northern, Central and Southern District Courts of California.

4. I have been admitted to practice law in the State of Colorado since 1993, bar number 023633. I am currently licensed and in good standing to practice law in the State of Colorado. I have never been disbarred or suspended nor the subject of disciplinary action in any bar or court. I am admitted to practice before all of the Courts in the State of Colorado.

5. I have associated with local counsel Daniel D. Rhea of Arnett, Draper & Hagood in Knoxville, Tennessee, who I understand is a member in good standing of the

1

Tennessee State Bar, and whose office address is 2300 First Tennessee Plaza, Knoxville, TN 37901-0300.

6.  Unless permitted to withdraw by order of the Court, I will continue to represent my client in the above-mentioned cause until final determination and, with reference to all matters incident to said causes, I consent to the jurisdiction of the courts of the State of Tennessee, of the disciplinary tribunals of the Tennessee State Bar and of the Tennessee Board of Bar Admissions, in all respects as if I were a regularly admitted and licensed member of the Tennessee State Bar.

RANDALL J. BARON

Subscribed and sworn to before me
this 6 day of April, 2005

DEBORAH D. HAYES
Commission # 1438936
Notary Public - California
San Diego County
My Comm. Expires Oct 9, 2007

S:\CasesSD\CTI Molecular\AFF00019933-RJB.doc

# Exhibit A

THE
STATE BAR
OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

March 17, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RANDALL JAY BARON was admitted to the practice of law in this state by the Supreme Court of California on December 4, 1990; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

Exhibit 2

FILED

16 APR 12 P 2:48

WARD G. HOGAN
CLERK & MASTER

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE
SIXTH JUDICIAL DISTRICT AT KNOXVILLE

| | |
|---|---|
| CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>vs.<br><br>CTI MOLECULAR IMAGING, INC., et al.,<br><br>                      Defendants. | Case No. 163762-3<br><br>CLASS ACTION<br><br>AFFIDAVIT OF A. RICK ATWOOD, JR. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* |

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF SAN DIEGO  )

A. RICK ATWOOD, JR., being duly sworn, deposes and says:

1. My name is A. Rick Atwood, Jr. My home address is 12755 Jordan Ridge Court, San Diego, CA 92130. I am a partner with Lerach Coughlin Stoia Geller Rudman & Robbins LLP, 401 B Street, Suite 1600, San Diego, CA 92101, telephone number (619) 231-1058.

2. It is my desire to appear as counsel pro hac vice before the Chancery Court of Knox County, Tennessee at Knoxville in the case styled *City of Monroe Employees' Retirement System, On Behalf of Itself and All Others Similarly Situated v. CTI Molecular Imaging, Inc., et al.* I will be representing City of Monroe Employees' Retirement System, and the putative class.

3. I have been admitted to practice law in the State of California since 1991. My California bar number is 156529. I am currently licensed and in good standing to practice law in the State of California. I have never been disbarred or suspended nor the subject of disciplinary action in any bar or court. I am admitted to practice before all of the Courts in the State of California, including the Northern, Central and Southern District Courts of California.

4. I have associated with local counsel Daniel D. Rhea of Arnett, Draper & Hagood in Knoxville, Tennessee, who I understand is a member in good standing of the Tennessee State Bar, and whose office address is 2300 First Tennessee Plaza, Knoxville, TN 37901-0300.

- 1 -

5. Unless permitted to withdraw by order of the Court, I will continue to represent my client in the above-mentioned cause until final determination and, with reference to all matters incident to said causes, I consent to the jurisdiction of the courts of the State of Tennessee, of the disciplinary tribunals of the Tennessee State Bar and of the Tennessee Board of Bar Admissions, in all respects as if I were a regularly admitted and licensed member of the Tennessee State Bar.

_____
A. RICK ATWOOD, JR.

Subscribed and sworn to before me
this 11 day of April, 2005

_____

MARIANNE REGAN
Commission # 1321655
Notary Public - California
San Diego County
My Comm. Expires Oct 19, 2005

S:\CasesSD\CTI Molecular\aff00020075.doc

Exhibit A



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

February 23, 2005

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALBERT RAY ATWOOD was admitted to the practice of law in this state by the Supreme Court of California on December 16, 1991; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records

IN THE CHANCERY COURT FOR KNOX COUNTY, TENNESSEE
SIXTH JUDICIAL DISTRICT AT KNOXVILLE

| | |
|---|---|
| CITY OF MONROE EMPLOYEES' RETIREMENT SYSTEM, On Behalf of Itself and All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>vs.<br><br>CTI MOLECULAR IMAGING, INC., et al.,<br><br>                   Defendants. | Case No. 163762-3<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING ADMISSION OF RANDALL J. BARON AND A. RICK ATWOOD, JR. *PRO HAC VICE* |

This matter came on before the undersigned Judge of the Chancery Court upon motion to admit *pro hac vice*, attorneys Randall J. Baron and A. Rick Atwood, Jr.

Based on all the files, records and proceedings herein, it is hereby ordered that:

1. Randall J. Baron and A. Rick Atwood, Jr. are admitted *pro hac vice*, as counsel of record for plaintiff City of Monroe Employees' Retirement System.

IT IS SO ORDERED.

DATED: _____    BY THE COURT:

_____
JUDGE OF THE CHANCERY COURT

S:\CasesSD\CTI Molecular\ord00020079.doc